UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS JOSE PIMENTEL ORTEGA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:25-cv-01856-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION AS MOOT<br><br>(Doc. Nos. 7, 40) |

Petitioner Elvis Jose Pimentel Ortega is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed as moot.  (Doc. No. 40.)  Specifically, after receiving reports from the parties regarding petitioner's custody status as well as the views of the parties on the issue, the magistrate judge found that petitioner was removed from the United States on April 6, 2026 and that, because he was no longer in custody, the underlying habeas petition in this action has been rendered moot.  (*Id.* at 2.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days.  (*Id.* at 2.)  To date, neither party has

1

filed objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on June 26, 2026 (Doc. No. 40) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED as moot;

3.    Respondent's motion to dismiss (Doc. No. 7) is DENIED as moot;

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2